ADAM GORDON
United States Attorney
E. CHRISTOPHER BEELER
Assistant United States Attorney
California State Bar No. 330496
New York State Bar No. 5422068
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7748
Email: christopher.beeler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 26-MJ-4495-GC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| MARCOS ARTURO KLEIMAN TRONLLAN | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under Civ LR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under Civ LR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Michael Deshong

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

N/A

Please feel free to call me if you have any questions about this notice.

DATED: July 31, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/E. Christopher Beeler*
E. CHRISTOPHER BEELER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2